382 A.2d 739

**Mary HOOLICK, a retarded citizen by her parent and legal guardian, John Hoolick, and all others similarly situated, Appellants,**

v.

**RETREAT STATE HOSPITAL et al., Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1978.

Decided Feb. 10, 1978.

Miriam L. Gafni, Richard Kirschner, Philadelphia, for appellants.

Allen C. Warshaw, Deputy Atty. Gen., for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

Order affirmed.